# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW ERIC LAMER,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **TRANS UNION, et al.,** | : | |
| | : | **NO. 11-2895** |
| **Defendants.** | : | |

## O R D E R

AND NOW, this 5th day of March, 2012, upon consideration of Defendant Pinnacle Credit Services, LLC's motion to dismiss (Doc. No. 30) and Plaintiff Andrew Lamer's response thereto (Doc. No. 43), it is hereby ORDERED that the motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE